| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0644 1:03CR00024 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:13-00259-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District Of Kentucky | Bowling Green |
| Samuel A. Taylor Lavergne, Tennessee 37086 | NAME OF SENTENCING JUDGE | |
| | Thomas B. Russell, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03-16-2012 | TO 03-15-2017 |

OFFENSE
1) 18 USC 2113 (a) & 2, Aiding and Abetting bank Robbery; 2) 18 USC 2113(d) & 2, Aiding and Abetting Armed Bank Robbery; 3) 18 USC 924(c)(1)(A) & 2, Aiding and Abetting Use and Brandish Firearm in a Crime of Violence, Armed Bank Robbery; 4) 18 USC 922(j), 924(a)(2) & 2, Aiding and Abetting Knowingly Possess a Stolen Firearm Which Had Been Shipped and Transported in Interstate Commerce; 5) Aiding and Abetting Interstate Transportation of a Stolen Vehicle; 6) 18 USC 944(i) &2, Aiding and Abetting Maliciously Destroy By Means of Fire a Vehicle Used in an Activity Affecting Interstate Commerce

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee (Nashville) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 17, 2013
Date

*/s/ Thomas B. Russell*
Thomas B. Russell, Senior Judge
United States District Court
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     MIDDLE     DISTRICT OF     TENNESSEE (Nashville)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/11/14
Effective Date

*/s/ Todd Campbell*
United States District Judge