UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-0259 |
| | ) | JUDGE CAMPBELL |
| SAMUEL A. TAYLOR | ) | |

ORDER

Pending before the Court is a Petition (Docket No. 24) alleging violations of Defendant's Conditions of Supervision. The Court will hold a hearing on the Petition on July 15, 2015, at 1:00 p.m.

IT IS SO ORDERED.

                                                                                   TODD J. CAMPBELL
                                                                                   UNITED STATES DISTRICT JUDGE