# UNITED STATES DISTRICT COURT

**MIDDLE** District of **TENNESSEE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>SAMUEL ADAM TAYLOR | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:    3:13-00259<br>USM Number:    07624-033<br><br>Ronald C. Small<br>Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   One (1) and Two (2)   of the term of supervision.

X   was found in violation of condition(s)   Four (4)   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a residential reentry center at the direction of the U.S. Probation Office. Defendant shall pay all or part of the costs if the U.S. Probation Office determines the Defendant has the financial ability to do so or has appropriate insurance coverage for such treatment | 6/15/15 |
| 2 | Defendant shall refrain from any unlawful use of a controlled substance | 6/19/15 |
| 3 | Defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons | 7/2/15 |
| 4 | Defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer | 7/2/15 |

    The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s)   Three (3)   and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.    0317

Defendant's Year of Birth:    1984

City and State of Defendant's Residence:
    LaVergne, Tennessee

July 23, 2015
Date of Imposition of Judgment

*Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

July 23, 2015
Date

DEFENDANT:     SAMUEL A. TAYLOR                                                  Judgment — Page 2 of 2
CASE NUMBER:   3:13-00259

# IMPRISONMENT AND SUPERVISED RELEASE

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  four (4) months

No period of Supervised Release is imposed.

____ The Court makes the following recommendations to the Bureau of Prisons:


____ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

    ____ at _____ p.m. on _____

    ____ as notified by the United States Marshal.

  X   The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

      X   before 2 p.m. on  August 24, 2015

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

                                                              _____
                                                              United States Marshal


                                                   By: _____
                                                          Deputy United States Marshal